IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**RICK RICHARDS and**
**ERNEST RICHARDS, II,**

    **Plaintiffs/Counter Defendants,**

v.                                          Civil Action No. 1:18-CV-158
                                                      c/w 1:18-CV-157
                                                        (Judge Kleeh)

**OCTANE ENVIRONMENTAL, LLC, an**
**Ohio limited liability company,**
**TERENCE SEIKEL, CRAIG STACY, and**
**JOSEPH SEIKEL,**

    **Defendants/Counter Claimants/**
    **Third-Party Plaintiff/Counter Defendant,**

v.

**JACOB RICHARDS and JASON RICHARDS,**

    **Third-Party Defendants/Counter Claimants**
    **against Octane Environmental, LLC.**

**ORDER GRANTING MOTION TO CONTINUE**
**PRE-TRIAL CONFERENCE AND RICK RICHARDS' JURY TRIAL [ECF NO. 424]**

Pending before the Court is Plaintiffs Ernest Richards and Rick Richards's *Motion to Continue Pre-Trial Conference and Rick Richards Trial*. [1:18cv158 at ECF No. 424]. In the motion, Plaintiffs request a continuance of both the pre-trial conference (August 30, 2021) and Rick Richards's jury trial (August 31, 2021) because an attorney tested positive for COVID-19 and is required to quarantine for fourteen (14) days, which extends through August 30, 2021. Id. Defendants filed a response in agreement with

**ORDER GRANTING MOTION TO CONTINUE**
**PRE-TRIAL CONFERENCE AND RICK RICHARDS' JURY TRIAL [ECF NO. 424]**

Plaintiffs, noting that Defendants' counsel are available September 6-10, 2021. [ECF No. 425].

For the reasons stated in the motion, and upon no objection from Defendants, the Court **GRANTS** the *Motion to Continue Pre-Trial Conference and Rick Richards Trial* [ECF No. 424]. The pre-trial conference scheduled for 1:00 p.m. on August 30, 2021 for **Civil Action No. 1:18-CV-158** is hereby **CONTINUED** until further order of the Court. Jury selection in Civil Action No. 1:18-CV-158 currently scheduled for 9:30 a.m. on August 31, 2021, at the Clarksburg, West Virginia, point of holding court, is hereby **CONTINUED** until further order of the Court.

The pre-trial conference scheduled for 2:00 p.m. on August 30, 2021 for **Civil Action No. 1:18-CV-157**, is hereby **RESCHEDULED** for **2:00 p.m. on September 8, 2021,** at the Clarksburg, West Virginia, point of holding court. Jury selection in Civil Action No. 1:18-CV-157 shall be held as currently scheduled at **9:30 a.m. on September 14, 2021,** at the Clarksburg, West Virginia, point of holding court. It is anticipated that the trial will take **4 days**. Trial will commence upon the completion of jury selection and trial in any prior case scheduled for this date.

It is so **ORDERED.**

**ORDER GRANTING MOTION TO CONTINUE**
**PRE-TRIAL CONFERENCE AND RICK RICHARDS' JURY TRIAL [ECF NO. 424]**

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED:** August 19, 2021

                                          */s/* Thomas S. Kleeh
                                          THOMAS S. KLEEH
                                          UNITED STATES DISTRICT JUDGE